UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LARRY N. BEMROSE,

        Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

        Defendant.

CASE NO. 14-cv-05227 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation and this matter is **DISMISSED** pursuant to 42 U.S.C. § 405(g).

(2)    The Clerk is directed to enter **JUDGMENT** and the case should be closed.

(3)    The Clerk is directed to send copies of this Order to counsel of record.

Dated this 3rd day of June, 2014.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE